IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID B. ROACH,<br><br>  Defendant. | No. C87-00263 MJJ<br><br>**ORDER REGARDING DEFENDANT'S MOTION TO EXPUNGE CRIMINAL RECORD** |

Before the Court is Defendant David B. Roach's ("Defendant") Motion to Expunge Criminal Record.[1] Plaintiff's Opposition to Defendant's motion, if any, shall be filed not later than 30 days from the date of entry of this Order.

**IT IS SO ORDERED.**

Dated: February 28, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 21.